IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,    CRIMINAL: 25-481(CVR)

Plaintiff,

v.

Nefty Lemuel Oquendo-Rosario

Defendant.

## Motion Requesting Access to D.E. 10

TO THE HONORABLE COURT:

Comes now Mr. Oquendo Rosario by and through its undersigned attorney and most respectfully alleges and prays as follows:

1. Mr. Oquendo has an Arraignment/Detention Hearing set for 12/15/2025 at 9:00 am, see D.E. 8.
2. Yesterday the Pretrial Service Report was disclosed, but access has been denied to this Counsel, see D.E. 10. This Counsel needs to discuss the contents of the report with Mr. Oquendo before the Detention Hearing.

Wherefore, this Counsel requests that the Court grants access to said report.

In San Juan, Puerto Rico, on the 10th of December 2025.

I HEREBY CERTIFY that a true and exact copy of this document been on this same date filed through the Clerk of Court's electronic filing system which would electronically send copy of this document to all interested parties.

*S/*__Manuel E. Moraza Ortiz, Esq__
**USDC# 219,710**
Cond. Le Mans, oficina 308,
Ave. Muñoz Rivera 602,
San Juan P.R., 00918
(787)378-4755
morazalaw@gmail.com